FILED

07/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0231

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

SUPREME COURT CAUSE NO. 24 - 0231

DAVID L. MURPHY PROPERTIES, LLC, AND JOHN SCHAFFER,

        Appellant,

    v.

PAINTED ROCKS CLIFF, LLC AND LAKE COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF MONTANA, AND LAKE COUNTY BOARD OF COMMISSIONERS: BILL BARRON, GALE DECKER, STEVE STANLEY, AND KATE SINGER

        Appellees.

**ORDER EXTENDING THE DEADLINE OF LAKE COUNTY, ET AL., TO FILE AN OPENING BRIEF**

COMES NOW the Court, and on review of Appellees Lake County, et al., Unopposed Motion for Extension of Time to File Opening Brief, seeking an extension of time to AUGUST 7, 2024, and reflecting no objection by any other

24 – 0231 - ORDER EXTENDING THE DEADLINE OF LAKE COUNTY, ET AL., TO FILE AN OPENING BRIEF - 1

party, and good cause appearing therefor; it is ORDERED, and this does order, that Appellee Lake County, et al., are granted an extension of time to file its opening brief to AUGUST 7, 2024.

Dated this ___ day of _____, 2024.

By: _____

_____

Cc:
Michael P. Talia
Jackson, Murdo & Grant
203 N. Ewing
Helena, MT 59601
*Attorney to Appellant*

Jeffrey M. Roth
Jeffrey Kuchel
Crowley Fleck PLLP
305 South 4th Street, Suite 100
Missoula MT 59801

24 – 0231 - ORDER EXTENDING THE DEADLINE OF LAKE COUNTY, ET AL., TO FILE AN OPENING BRIEF - 2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 2 2024